UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PCL CONSTRUCTION SERVICES, INC., | |
| Plaintiff, | |
| - against - | **ORDER** |
| JP MORGAN CHASE BANK, N.A., | 23 Civ. 5041 (PGG) |
| Defendant. | |

---

PAUL G. GARDEPHE, U.S.D.J.:

   Defendant JPMorgan Chase Bank, N.A. seeks to move to dismiss or stay this action. (See Def. Ltr. (Dkt. No. 17)) Briefing concerning Defendant's motion will proceed on the following schedule:

  (1)  Defendant's motion is due by **October 24, 2023.**

  (2)  Plaintiff's opposition is due by **November 7, 2023.**

  (3)  Defendant's reply, if any, is due by **November 14, 2023.**

Current parties are directed to address Ameream's motion to intervene in their respective briefs. (Dkt. No. 12) Under Rule IV(C) of this Court's individual rules, the "bundling rule," parties may not file motions electronically on ECF until the motion is fully briefed.

   It is further ORDERED that the initial pretrial conference scheduled for October 12, 2023 at 11:15 a.m. is adjourned sine die.

Dated: New York, New York
      October 10, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge